**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Guadencio CAYETANO–CAMACHO,**
**Defendant–Appellant.**

**No. 09–50053.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 4, 2010.

Christopher Paul Tenorio, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

James Fife, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: FERNANDEZ, GOULD and M. SMITH, Circuit Judges.

MEMORANDUM **

Guadencio Cayetano–Camacho appeals from the 51–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Cayetano–Camacho contends the district court erred by applying a "crime of violence" sentencing enhancement, pursuant to U.S.S.G. § 2L1.2(b)(1)(A)(ii), because his prior conviction for lewd and lascivious acts on a minor under 14, in violation of California Penal Code § 288(a), does not constitute sexual abuse of a minor. This contention is foreclosed by *United States v. Medina–Villa*, 567 F.3d 507, 509 (9th Cir.2009).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.